# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2644
LT Case No. 2021-DR-010295

_____

JEREMIAH SIMPKINS,

    Appellant,

    v.

KRISTINA NUSSER,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kathryn Michele Speicher, Judge.

Nancy A. Hass, of Nancy A. Hass, P.A., Hollywood, for Appellant.

John J. Albert, of Albert & Donnelly, LLC, Melbourne, for
Appellee.

May 29, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____